| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>HOWARD B. GROBSTEIN<br>hbgtrustee@gtllp.com<br>9363 Magnolia Avenue<br>Riverside, California 92503<br>Telephone: 951-234-0951<br>Facsimile: 951-684-2363<br><br>☒ *Movant(s) appearing without an attorney*<br>☐ *Attorney for Movant(s)* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>ALMA SERNA ARREOLA,<br><br><br><br>Debtor(s). | CASE NO.: 6:22-bk-13661-SY<br>CHAPTER: 7<br><br>**DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION**<br>**LBR 9013-1(o)(3)**<br><br>[No Hearing Required] |
|---|---|

1. I am the ☒ Movant(s) or ☐ attorney for Movant(s) or ☐ employed by attorney for Movant(s).

2. On (*date*): 01/30/2023    Movant(s) filed a motion or application (Motion) entitled: Notice of Motion and Motion for an Order Authgorizing the Chapter 7 Trustee to Leave Estate Assets Unadministered (Dkt#17)

3. A copy of the Motion and notice of motion is attached to this declaration.

4. On (*date*): 01/30/2023    Movant(s), served a copy of ☐ the notice of motion or ☐ the Motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5. Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline to file and serve a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

6. More than 17    days have passed after Movant(s) served the notice of motion.

7. I checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing was timely filed.

8. No response and request for hearing was timely served on Movant(s) via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the notice of motion.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                Page 1                                **F 9013-1.2.NO.REQUEST.HEARING.DEC**

9. Based on the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

Movant(s) requests that the court grant the motion and enter an order without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 2/23/23

Signature: *[signed]*

Howard B. Grobstein
Printed name

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                 Page 2                 F 9013-1.2.NO.REQUEST.HEARING.DEC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **P.O. Box 253, Woonsocket, RI 02895**

A true and correct copy of the foregoing document entitled: **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION and PROOF OF SERVICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On __February 23, 2023__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Arvind Nath Rawal on behalf of Creditor Exeter Finance LLC c/o AIS Portfolio Services, LLC arawal@aisinfo.com
- Benjamin Heston on behalf of Debtor Alma Serna Arreola bhestonecf@gmail.com
  benheston@recap.email,NexusBankruptcy@jubileebk.net
- Howard B Grobstein (TR) hbgtrustee@gtllp.com C135@ecfcbis.com
- United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL:**
On __February 23, 2023__, I served the following person(s) and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| Debtor<br>Alma Serna Arreola<br>149 Sir Damas Drive<br>Riverside, CA 92507-6915 | Honorable Scott H. Yun<br>United States Bankruptcy Court<br>Central District of California<br>3420 Twelfth Street, Suite 345<br>Riverside, CA 92501-3819 |
| Counsel re: MCO, Inc.<br>Jihad M. Smaili<br>SMAILI & ASSOCIATES<br>2114 North Broadway, Suite 200<br>Santa Ana, CA 92706 | Counsel re: Nike, Inc.<br>Law at Your Side<br>555 W. 5th Street, 35th Floor<br>Los Angeles, CA 90013 |

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ _____ I served the following person(s) and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 23, 2023 | Denise Weiss | *Denise Weiss* |
|---|---|---|
| Date | Printed Name | Signature |

1  HOWARD B. GROBSTEIN
   hbgtrustee@gtllp.com
2  9363 Magnolia Avenue
   Riverside, California 92503
3  Telephone: 951-234-0951
   Facsimile:  951-684-2363
4

5  Chapter 7 Trustee

6

7

8               UNITED STATES BANKRUPTCY COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10                    RIVERSIDE DIVISION

11 In re:                              Case No. **6:22-bk-13661-SY**

12 **ALMA SERNA ARREOLA,**              Chapter 7

13         Debtor.                     **NOTICE OF MOTION AND MOTION FOR AN ORDER AUTHORIZING THE CHAPTER 7 TRUSTEE TO LEAVE ESTATE ASSETS UNADMINISTERED; DECLARATION OF HOWARD B. GROBSTEIN IN SUPPORT THEREOF**

14

15

16

17
                                        [NO HEARING REQUIRED]
18

19      **TO THE HONORABLE SCOTT H. YUN, UNITED STATES BANKRUPTCY JUDGE;**

20 **THE OFFICE OF THE UNITED STATES TURSTEE; THE DEBTOR AND ALL**

21 **INTERESTED PARTIES:**

22      **PLEASE TAKE NOTICE** that Howard B. Grobstein, Chapter 7 Trustee ("Trustee") for

23 the bankruptcy estate (the "Estate") of Alma Serna Arreola ("Debtor"), hereby submits his motion

24 (the "Motion"), pursuant to 11 U.S.C. §105 and §554(c), for an order authorizing the Trustee to

25 leave the Estate's interest in a wrongful termination claim against MCO, Inc. ("MCO Claim"), and

26 a personal injury claim against Nike, Inc. ("Nike Claim") (collectively the "Lawsuits")

27 unadministered.

28 ////

**PLEASE TAKE FURTHER NOTICE** that the relief requested in the Motion is based on the Motion, this Notice, the attached Memorandum of Points and Authorities and Declaration of Howard B. Grobstein, and any additional evidence and arguments that may be presented at or prior to any hearing on the Motion.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(o), the Trustee is requesting that the Bankruptcy Court grant the relief requested in the Motion upon notice and an opportunity to request a hearing. Local Bankruptcy Rule 9013-1(o)(1) requires that any response to the Motion and request for hearing must be filed with the U.S. Bankruptcy Court located at 3420 Twelfth Street, Riverside, California 92501, and served on the Trustee Howard B. Grobstein, at the address provided in the upper left-hand corner of this document, and the Office of the United States Trustee located at 3801 University Avenue, Suite 720, Riverside, California 92501, within 14 days after the date of service of this Notice, plus 3 additional days if the notice was served by mail, electronically, or pursuant to F.R.Civ.P. Rule 5(b)(2)(D), (E), or (F). Your opposition must comply with LBR 9013-1(f) and (o). The Trustee will set a hearing date and send out notice thereto if any such response is timely received. No hearing will be held if no response and request for hearing is received.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9013-(1)(h), failure to file and serve a timely response may be deemed consent to the granting of this Motion.

DATED: January 27, 2023

By: _____
HOWARD B. GROBSTEIN
Chapter 7 Trustee

In re: Alma Serna Arreola        2        Case No. 6:22-bk-13661-SY

# I. BACKGROUND FACTS

1. On September 29, 2022 (the "Petition" Date"), Alma Serna Arreola ("Debtor") filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code, which was assigned Case No. 6:22-bk-13661-SY. Shortly thereafter, Howard B. Grobstein ("Trustee"), being duly qualified, was appointed as Chapter 7 Trustee of the Debtor's bankruptcy estate.

2. The Debtor included as an asset on her Schedule B, the MCO Claim with an unknown value. On January 3, 2023, the Debtor amended her Schedule C to claim an exemption in the MCO Claim in the amount of $13,800.00 under 11 U.S.C. § 522(d)(5).

3. The Debtor included as an asset on her Schedule B, the Nike Claim with an unknown value. On January 3, 2023, the Debtor amended her Schedule C to claim an exemption in the Nike Claim in the amount of $27,900.00 under 11 U.S.C. § 522(d)(11)(D).

4. Based upon his investigation into the value, likelihood of recovery, and taking into consideration the exemptions claimed by the Debtor, the Trustee has determined that the cost of litigating the Lawsuits may result in the estate becoming administratively insolvent, however, he would like to ensure that in the event the Debtor is able to recover an amount exceeding the Debtor's claimed exemptions from the Lawsuit, the Debtor's bankruptcy estate would retain an interest in the recovery.

5. There are no other assets of the bankruptcy estate, and the Trustee is prepared to file his no asset report following entry of an order approving the within motion.

# II. ARGUMENT

Section 554(c) of the Bankruptcy Code states: "Unless the court orders otherwise, any property scheduled under section 521(a)(1) of this title not otherwise administered at the time of the closing of a case is abandoned to the debtor and administered for purposes of section 350 of this title."

Section 554(d) of the Bankruptcy Code states: "Unless the court orders otherwise, property of the estate that is not abandoned under this section and that is not administered in the case remains property of the estate."

1  The Trustee respectfully moves this Court for entry of an order providing that the
2  Lawsuits shall remain unadministered property of the Estate, even after this case is closed.
3  The Trustee does not wish to keep this chapter 7 case open indefinitely allowing
4  administrative fees to further accrue and with no certainty of recovery for the Estate from the
5  Lawsuits. However, the Trustee also does not wish to abandon the Lawsuits, in the event recovery
6  is possible at a later time. Therefore, the Trustee believes that it is in best interests of the Estate to
7  leave the Lawsuits unadministered, and, if recovery becomes likely, the Trustee will move to
8  reopen the case to administer the asset at that time. Upon entry of an order approving this Motion,
9  the Trustee will proceed with the filing of his no asset report in this case.

### III. CONCLUSION

Based upon the foregoing, the Trustee respectfully requests that the Court enter an order:

1. Approving the Motion;

2. Authorizing the Trustee to leave the Lawsuits unadministered, to be administered in the future, if and when the asset becomes collectable;

3. Granting such other and further relief as the Court deems just and proper.

Dated: January 27, 2023

By: _____
HOWARD B. GROBSTEIN
Chapter 7 Trustee

In re: Alma Serna Arreola            4            Case No. 6:22-bk-13661-SY

**DECLARATION OF HOWARD B. GROBSTEIN**

I, Howard B. Grobstein, declare as follows:

1. I am the duly appointed and acting Chapter 7 trustee for the bankruptcy estate of Arthur Robert Townsend, Jr. and Janis Irene Townsend ("Debtors"). As such, I have personal knowledge of the matters set forth herein and if called as a witness I could and would testify competently thereto.

2. On September 29, 2022 (the "Petition" Date"), Alma Serna Arreola ("Debtor") filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code, which was assigned Case No. 6:22-bk-13661-SY. Shortly thereafter, being duly qualified, I was appointed as Chapter 7 Trustee of the Debtor's bankruptcy estate.

3. The Debtor included as an asset on her Schedule B, the MCO Claim with an unknown value. On January 3, 2023, the Debtor amended her Schedule C to claim an exemption in the MCO Claim in the amount of $13,800.00 under 11 U.S.C. § 522(d)(5).

4. The Debtor included as an asset on her Schedule B, the Nike Claim with an unknown value. On January 3, 2023, the Debtor amended her Schedule C to claim an exemption in the Nike Claim in the amount of $27,900.00 under 11 U.S.C. § 522(d)(11)(D).

5. Based upon my investigation into the value, likelihood of recovery, and taking into consideration the exemptions claimed by the Debtor, I have determined that the cost of litigating the Lawsuits may result in the estate becoming administratively insolvent, however, I would like to ensure that in the event the Debtor is able to recover an amount exceeding the Debtor's claimed exemptions from the Lawsuit, the Debtor's bankruptcy estate would retain an interest in the recovery.

6. There are no other assets of the bankruptcy estate, and I am prepared to file my no asset report following entry of an order approving the within motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on January 27, 2023, at Malibu, California.

_____
HOWARD B. GROBSTEIN
Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **P.O. Box 253, Woonsocket, RI 02895**

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION AND MOTION FOR AN ORDER AUTHORIZING THE CHAPTER 7 TRUSTEE TO LEAVE ESTATE ASSETS UNADMINISTERED; DECLARATION OF HOWARD B. GROBSTEIN IN SUPPORT THEREOF and PROOF OF SERVICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On   January 30, 2023  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Arvind Nath Rawal on behalf of Creditor Exeter Finance LLC c/o AIS Portfolio Services, LLC arawal@aisinfo.com
- Benjamin Heston on behalf of Debtor Alma Serna Arreola bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net
- Howard B Grobstein (TR) hbgtrustee@gtllp.com C135@ecfcbis.com
- United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL:**
On   January 30, 2023  , I served the following person(s) and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Alma Serna Arreola
149 Sir Damas Drive
Riverside, CA 92507-6915

Honorable Scott H. Yun
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 345
Riverside, CA 92501-3819

Counsel re: MCO, Inc.
Jihad M. Smaili
SMAILI & ASSOCIATES
2114 North Broadway, Suite 200
Santa Ana, CA 92706

Counsel re: Nike, Inc.
Law at Your Side
555 W. 5th Street, 35th Floor
Los Angeles, CA 90013

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ _____ I served the following person(s) and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 30, 2023 | Denise Weiss | *Denise Weiss* |
|---|---|---|
| Date | Printed Name | Signature |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-6<br>Case 6:22-bk-13661-SY<br>Central District of California<br>Riverside<br>Mon Jan 30 08:27:43 PST 2023 | Exeter Finance LLC, c/o AIS Portfolio Servic<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Riverside Division<br>3420 Twelfth Street,<br>Riverside, CA 92501-3819<br>*No US Mail Service Copy* |
| 24 Hour Fitness<br>Member Services<br>PO Box 2689<br>Carlsbad, CA 92018-2689 | Acima Credit<br>9815 South Monroe Street<br>4th Floor<br>Sandy, UT 84070-4384 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Capital Bank N.A.<br>One Church Street<br>Suite 100<br>Rockville, MD 20850-4190 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Challenge Financial Services<br>1004 West Taft Avenue, Suite 100<br>Orange, CA 92865-4143 |
| Exeter Finance, LLC<br>Attn: Bankruptcy<br>P.O. Box 166008<br>Irving, TX 75016-6008 | Jenna Village Apartments<br>488 Aster Street #200<br>Springfield, OR 97478 | (p)OPORTUN INC<br>PO BOX 560880<br>THE COLONY TX 75056-0880 |
| Progressive Leasing<br>807 South Flower Street<br>Los Angeles, CA 90017-4607 | (p)SMILEDIRECTCLUB<br>ATTN LEGAL<br>414 UNION ST 8TH FLOOR<br>NASHVILLE TN 37219-1757 | Smile Direct Club<br>4910 Hammer Avenue<br>Eastvale, CA 91752-1046 |
| Spectrum<br>PO Box 60074<br>City of Industry, CA 91716-0074 | Summer Meadows Apartment<br>3429 Rustin Avenue<br>Riverside, CA 92507-3894 | United States Trustee (RS)<br>3801 University Avenue, Suite 720<br>Riverside, CA 92501-3255<br>*No US Mail Service Copy* |
| Verizon Wireless<br>Attn: Bankruptcy Administration<br>500 Technology Drive, Suite 500<br>Saint Charles, MO 63304-2225 | Alma Serna Arreola<br>149 Sir Damas Drive<br>Riverside, CA 92507-6915 | Benjamin Heston<br>100 Bayview Circle, Suite 100<br>Newport Beach, CA 92660-2963<br>*No US Mail Service Copy* |
| Howard B Grobstein (TR)<br>Grobstein Teeple, LLP<br>9363 Magnolia Avenue<br>Riverside, CA 92503-3747<br>*No US Mail Service Copy* | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>PO Box 982235<br>El Paso, TX 79998 | Oportun<br>Attn: Bankruptcy<br>Po Box 4085<br>Menlo Park, CA 94026 | Smile Direct Club<br>414 Union Street Suite 800<br>Nashville, TN 37219 |

End of Label Matrix
Mailable recipients    21
Bypassed recipients     0
Total                  21