HOWARD G. GROBSTEIN
hbgtrustee@gtllp.com
9363 Magnolia Avenue
Riverside, California 92501
Telephone: 951.234.0951
Facsimile: 951.977.8200

Chapter 7 Trustee

**FILED & ENTERED**

**FEB 24 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Mason     DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

In re:

**ALMA SERNA ARREOLA,**

Debtor.

Case No.: 6:22-bk-13661-SY

Chapter 7

**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO LEAVE ESTATE ASSETS UNADMINISTERED**

[No Hearing Requested]

The court having read and considered the Motion for an Order Authorizing the Chapter 7 Trustee to Leave Estate Assets Unadministered ("Motion") filed by Howard B. Grobstein ("Trustee"), solely in his capacity as chapter 7 trustee for the bankruptcy estate of Alma Serna Arreola ("Debtor"); the declaration of the Trustee in support of the Motion, and the declaration of the Trustee of non-opposition to the Motion, and determining that notice of the Motion is in accordance with all the applicable rules, and good cause appearing therefore,

**IT IS ORDERED** that:

1. The Motion is granted.

2. The Trustee is authorized to proceed with closing the above-captioned case while leaving the MCO and Nike Claims, as described in the Motion, unadministered; and

3. The MCO and Nike Claims are subject to future administration for the benefit of the Debtor's bankruptcy estate if at any time the recoveries associated therewith exceed the Debtor's allowed claims of exemption.

###

Date: February 24, 2023

Scott H. Yun
United States Bankruptcy Judge