United States Bankruptcy Court
Central District of California

| | |
|---|---|
| In re: | Case No. 22-13661-SY |
| Alma Serna Arreola | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 1 |
| Date Rcvd: Feb 24, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Alma Serna Arreola, 149 Sir Damas Drive, Riverside, CA 92507-6915 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Feb 26, 2023 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Arvind Nath Rawal | on behalf of Creditor Exeter Finance LLC c/o AIS Portfolio Services, LLC arawal@aisinfo.com |
| Benjamin Heston | on behalf of Debtor Alma Serna Arreola bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Howard B Grobstein (TR) | hbgtrustee@gtllp.com C135@ecfcbis.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 4

HOWARD G. GROBSTEIN
hbgtrustee@gtllp.com
9363 Magnolia Avenue
Riverside, California 92501
Telephone: 951.234.0951
Facsimile: 951.977.8200

Chapter 7 Trustee

**FILED & ENTERED**

**FEB 24 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Mason    DEPUTY CLERK

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>**ALMA SERNA ARREOLA,**<br><br>Debtor. | Case No.: 6:22-bk-13661-SY<br><br>Chapter 7<br><br>**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO LEAVE ESTATE ASSETS UNADMINISTERED**<br><br>[No Hearing Requested] |

The court having read and considered the Motion for an Order Authorizing the Chapter 7 Trustee to Leave Estate Assets Unadministered ("Motion") filed by Howard B. Grobstein ("Trustee"), solely in his capacity as chapter 7 trustee for the bankruptcy estate of Alma Serna Arreola ("Debtor"); the declaration of the Trustee in support of the Motion, and the declaration of the Trustee of non-opposition to the Motion, and determining that notice of the Motion is in accordance with all the applicable rules, and good cause appearing therefore,

**IT IS ORDERED** that:

1. The Motion is granted.

2. The Trustee is authorized to proceed with closing the above-captioned case while leaving the MCO and Nike Claims, as described in the Motion, unadministered; and

1

3. The MCO and Nike Claims are subject to future administration for the benefit of the Debtor's bankruptcy estate if at any time the recoveries associated therewith exceed the Debtor's allowed claims of exemption.

###

Date: February 24, 2023

Scott H. Yun
United States Bankruptcy Judge